JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>Defendant. | Case No. 2:11CV5203-PA (Ex)<br><br>*Assigned to the Honorable Percy Anderson*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, each claim of Memory Control Enterprise, LLC ("MCE") against Yamaha Motor Corporation, U.S.A. ("Yamaha") and each counterclaim of Yamaha against MCE in this action are hereby dismissed with prejudice, with MCE and Yamaha each bearing its own costs and attorneys' fees.

DATED: April 10, 2012

_____
The Honorable Percy Anderson
United States District Judge

CASE NO. 2:11CV5203-PA (Ex) [PROPOSED] ORDER